# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Old Guard Insurance Company

                              Plaintiff,

v.                                                   Case No.: 1:22−cv−06713

                                                         Honorable Mary M. Rowland

Saoirse Homes LLC, et al.

                              Defendant.

## DIVISIONAL TRANSFER NOTICE

DIVISIONAL TRANSFER Notice. Case transferred to Western Division − Rockford. (jn, )